Glenn R. Kantor - SBN 122643
E-mail: gkantor@kantorlaw.net
Corinne Chandler, SBN 111423
E-mail: cchandler@kantorlaw.net
Christina J. Smith- SBN 193509
E-mail: csmith@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272
Attorneys for Plaintiff Grace Grider

MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY, SBN 066585
E-mail: mlevy@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

HEATHER M. LITTLEJOHN, SBN 257852
E-mail: hlittlejohn@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
Attorneys for Defendant Transamerica Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PPL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | No. CV 09-4155 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date:　January 14, 2010<br>Current Time:　2:00 p.m.<br><br>Proposed Date:　January 25, 2010<br>Proposed Time:　4:00 p.m. |

|     |                                                                                              |
| --: | :------------------------------------------------------------------------------------------- |
|   1 | Plaintiff Grace Grider and Defendant Transamerica Life Insurance                             |
|   2 | Company, by and through their respective counsel of record, hereby stipulate as              |
|   3 | follows:                                                                                     |
|   4 |     1) The Court recently rescheduled the Case Management                |
|   5 | Conference in this case to January 14, 2010;                                                 |

Plaintiff Grace Grider and Defendant Transamerica Life Insurance Company, by and through their respective counsel of record, hereby stipulate as follows:

1) The Court recently rescheduled the Case Management Conference in this case to January 14, 2010;

2) Both counsel for Plaintiff and counsel for Defendant are unavailable on this date. Plaintiff's counsel is attending a mediation which is already scheduled and paid for and Defendant's counsel is attending a Board of Governors meeting of the Association of Life Insurance Counsel in Florida and has already paid for the airfare and the hotel;

3) The parties have agreed, subject to the Court's approval, to reschedule the Case Management Conference to January 25, 2010 at 4:00 p.m.; and

4) The parties will submit a Joint Supplemental Case Management Statement seven (7) days prior to the Case Management Conference date set by the Court.

**IT IS SO STIPULATED.**

DATED: December 22, 2009      KANTOR & KANTOR, LLP

By:   */s/ Corinne Chandler*
      Corinne Chandler
      Christina J. Smith
      Attorneys for Plaintiff Grace Grider

DATED: December 22, 2009      MANATT, PHELPS & PHILLIPS, LLP

By:   */s/ Margaret Levy*
      Margaret Levy
      Heather M. Littlejohn
      Attorneys for Defendant
      Transamerica Life Insurance Company

# ORDER

Good cause appearing, it is hereby ordered that:

The Case Management Conference is continued to January 25, 2010 at 4:00 p.m.

The parties shall submit a Joint Supplemental Case Management Statement seven (7) days prior to the Case Management Conference.

Date: 1/4/2010

Hon. Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel