Glenn R. Kantor - SBN 122643
 E-mail: gkantor@kantorlaw.net
Corinne Chandler, SBN 111423
 E-mail: cchandler@kantorlaw.net
Christina J. Smith- SBN 193509
 E-mail: csmith@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Fax:  (818) 350-6272
Attorneys for Plaintiff, GRACE GRIDER

MARGARET LEVY - SBN 66585
E-mail :  mlevj@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone : (310) 312-4000
Facsimile: (310) 312-4224

HEATHER M. LITTLEJOHN - SBN 257852
E-mail: hlittlejohn@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474
Attorneys for Defendant TRANSAMERICA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>                Plaintiff,<br><br>     VS.<br><br>PFL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>                Defendants. | CASE NO:   09-CV-04155-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Current Date:    January 26, 2010<br>Current Time:    4:00 p.m.<br><br>Proposed Date:   February 8, 2010<br>Proposed Time:   4:00 p.m. |

1

Plaintiff, Grace Grider, and Defendant Transamerica Life Insurance Company by and through their respective counsel of record, hereby stipulate as follows:

1) The Court originally scheduled this matter for a Case Management Conference on December 21, 2009 and thereafter rescheduled said Conference to January 14, 2010;

2) Both counsel for Plaintiff and counsel for Defendant were unavailable on January 14, 2010 and requested this Court, by stipulation to continue the Case Management Conference to January 25, 2010. On or about January 4, 2010, this Court granted said request and the matter is currently scheduled for Conference on January 25, 2010.

3) In the interim, the parties were able to schedule a mediation in Los Angeles, on January 26, 2010, the day after the currently scheduled Case Management Conference, with a mutually desired mediator.

4) The parties are hopeful of settling the case prior to the Case Management Conference and as a result, stipulate and agree, subject to the Court's approval, to reschedule the Case Management Conference to February 8, 2010 at 4:00 p.m.

4) The parties will submit a Joint Supplemental Case Management

//
//
//
//
//
//
//
//
//

2

Statement seven (7) days prior to the new Case Management Conference date once the order is signed.

**IT IS SO STIPULATED.**

DATED: January 8, 20109      KANTOR & KANTOR, LLP

By: */s/ Corinne Chandler*
Corinne Chandler
Attorneys for plaintiff Grace Grider

DATED: January 8, 2010      MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Margaret Levy*
Margaret Levy
Heather M. Littlejohn
Attorneys for Defendant
Transamerica Life Insurance Company

## ORDER

Good cause appearing, it is hereby ordered that:

The Case Management Conference is continued to February 8, 2010 at 4:00 p.m.

The parties shall submit a Joint Supplemental Case Management Statement seven (7) days prior to the Case Management Conference.

Date: 1/12/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

3