1   Glenn R. Kantor - SBN 122643
    E-mail: gkantor@kantorlaw.net
2   Corinne Chandler, SBN 111423
    E-mail: cchandler@kantorlaw.net
3   Christina J. Smith- SBN 193509
    E-mail: csmith@kantorlaw.net
4   KANTOR & KANTOR LLP
    19839 Nordhoff Street
5   Northridge, CA 91324
    Telephone:  (818) 886-2525
6   Fax:  (818) 350-6272
    Attorneys for Plaintiff, GRACE GRIDER

7

8   MARGARET LEVY - SBN 66585
    E-mail :  mlevj@manatt.com
9   MANATT, PHELPS & PHILLIPS, LLP
    11355 West Olympic Boulevard
10   Los Angeles, CA 90064-1614
    Telephone : (310) 312-4000
    Facsimile: (310) 312-4224

11

12   HEATHER M. LITTLEJOHN - SBN 257852
    E-mail: hlittlejohn@manatt.com
13   One Embarcadero Center, 30th Floor
    San Francisco, CA 94111
14   Telephone: (415) 291-7400
    Facsimile: (415) 291-7474
    Attorneys for Defendant TRANSAMERICA LIFE INSURANCE COMPANY

15

16               UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18

19   GRACE GRIDER,             )    CASE NO:  09-CV-04155-MHP

20                           )    STIPULATION AND [PROPOSED]
             Plaintiff,        )    ORDER   TO   CONTINUE   CASE
21                           )    MANAGEMENT CONFERENCE
      VS.                      )
22                           )    Current Date:     January 26, 2010
                          )    Current Time:     4:00 p.m.
23   PFL LIFE INSURANCE COMPANY )
   AND   TRANSAMERICA   LIFE )
24   INSURANCE COMPANY,       )    Proposed Date:     February 8, 2010
                          )    Proposed Time:     4:00 p.m.
25          Defendants.       )
                          )
26   _____ )

27

28

Plaintiff, Grace Grider, and Defendant Transamerica Life Insurance Company by and through their respective counsel of record, hereby stipulate as follows:

1)      The Court originally scheduled this matter for a Case Management Conference on December 21, 2009 and thereafter rescheduled said Conference  to January 14, 2010;

2)      Both counsel for Plaintiff and counsel for Defendant were unavailable on January 14, 2010 and requested this Court, by stipulation to continue the Case Management Conference to January 25, 2010.    On or about January 4, 2010, this Court granted said request and the matter is currently scheduled for Conference on January 25, 2010.

3)      In the interim, the parties were able to schedule a mediation in Los Angeles, on January 26, 2010, the day after the currently scheduled Case Management Conference, with a mutually desired mediator.

4)      The parties are hopeful of settling the case prior to the Case Management Conference and as a result, stipulate and agree, subject to the Court's approval, to reschedule the Case Management Conference to February 8, 2010 at 4:00 p.m.

4)      The parties will submit a Joint Supplemental Case Management

//
//
//
//
//
//
//
//
//

2

Statement seven (7) days prior to the new Case Management Conference date once the order is signed.

**IT IS SO STIPULATED.**

DATED: January 8, 20109          KANTOR & KANTOR, LLP

                                 By:   */s/ Corinne Chandler*
                                       Corinne Chandler
                                       Attorneys for plaintiff Grace Grider


DATED: January 8, 2010          MANATT, PHELPS & PHILLIPS, LLP

                                 By:   */s/ Margaret Levy*
                                       Margaret Levy
                                       Heather M.  Littlejohn
                                       Attorneys for Defendant
                                       Transamerica Life Insurance Company


                                 **ORDER**

           Good cause appearing, it is hereby ordered that:

           The Case Management Conference is continued to February 8, 2010 at 4:00 p.m.

           The parties shall submit a Joint Supplemental Case Management Statement seven (7) days prior to the Case Management Conference.


Date: __1/12/2010_____          _____

                                      IT IS SO ORDERED
                                      Judge Marilyn H. Patel

                                      3