Glenn R. Kantor - SBN 122643
 E-mail: gkantor@kantorlaw.net
Corinne Chandler, SBN 111423
 E-mail: cchandler@kantorlaw.net
Christina J. Smith- SBN 193509
 E-mail: csmith@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272
Attorneys for Plaintiff, GRACE GRIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>　　　　Plaintiff,<br><br>　VS.<br><br>PFL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO: 09-CV-04155-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE CHARLES FERRY AS PLAINTIFF |

1

The parties in the above entitled action, through their respective attorneys of record hereby stipulate and agree as follows:

1. Plaintiff Grace Grider is no longer a party to this action by reason of her death on January 17, 2010.

2. Plaintiff's son and successor Trustee, Charles V. Ferry, is substituted as plaintiff to this action in place of Grace Grider. A true and correct copy of the Declaration Re Death of Initial Trustee is attached hereto as Exhibit A.

DATED: February 23, 2010　　　　　　　KANTOR & KANTOR, LLP

　　　　　　　　　　　　　　　　　　By:　/s/ Corinne Chandler
　　　　　　　　　　　　　　　　　　　　Corinne Chandler
　　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff Grace Grider

DATED: February 23, 2010　　　　　　　MANATT, PHELPS & PHILLIPS, LLP

　　　　　　　　　　　　　　　　　　By: 　/s/ Margaret Levy
　　　　　　　　　　　　　　　　　　　　Margaret Levy
　　　　　　　　　　　　　　　　　　　　Heather M. Littlejohn
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　Transamerica Life Insurance Company

**ORDER**

Good cause appearing, it is hereby ordered that:

Charles V. Ferry, as Successor Trustee, is hereby substituted as the plaintiff in this action, in place of Grace Grider.

Date: __2/24/2010_____　　　　　　　_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

# EXHIBIT A

Glenn R. Kantor - SBN 122643
 E-mail: gkantor@kantorlaw.net
Corinne Chandler, SBN 111423
 E-mail: cchandler@kantorlaw.net
Christina J. Smith- SBN 193509
 E-mail: csmith@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272
Attorneys for Plaintiff, GRACE GRIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>Plaintiff,<br><br>VS.<br><br>PFL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendants. | CASE NO: 09-CV-04155-MHP<br><br>DECLARATION OF CHARLES V. FERRY IN SUPPORT OF STIPULATION FOR SUBSTITUTION OF PARTIES |

I, Charles Ferry, hereby declare as follows:

1. My Mother, Grace Grider was the named plaintiff in this action. Prior to my Mother's death, I was granted and did act as Power of Attorney for my Mother. Grace Grider passed away on January 17, 2010 at Encinitas, California. A true and correct copy of the Death Certificate, reflecting the death of Grace Grider is attached hereto as Exhibit A.

2. No proceeding is now pending in California for administration of Grace Grider's estate.

3. I am Grace Grider's successor in interest as defined under Rule 25(a)(1) of the Federal Rules of Civil Procedure and succeed to Grace Grider's interest in this action.

EXHIBIT A

1

I am now the Sole Trustee to the Grace B. Grider Survivor's Revocable Trust, as reflected in Exhibit B hereto.

4. No other person has a superior right to be substituted for Grace Grider in the pending action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22- day of February, 2010 at Oceanside, California.

_____
Charles V. Ferry

2

# COUNTY OF SAN DIEGO

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

3201037000840

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | GRACE |
| 2. MIDDLE | BRENNAN |
| 3. LAST (Family) | GRIDER |
| 4. DATE OF BIRTH | 07/04/1921 |
| 5. AGE Yrs | 88 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | PA |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | WIDOWED |
| 7. DATE OF DEATH | 01/17/2010 |
| 8. HOUR | 1335 |
| 13. EDUCATION | HS GRADUATE |
| 14/15. HISPANIC? | NO |
| 16. RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | LOAD PLANNER |
| 18. KIND OF BUSINESS OR INDUSTRY | AIRLINE TRANSPORTATION |
| 19. YEARS IN OCCUPATION | 25 |
| 20. DECEDENT'S RESIDENCE | 3165 BROUGHAM CT |
| 21. CITY | OCEANSIDE |
| 22. COUNTY/PROVINCE | SAN DIEGO |
| 23. ZIP CODE | 92056 |
| 24. YEARS IN COUNTY | 40 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME/RELATIONSHIP | CHARLES FERRY, SON |
| 27. INFORMANT'S MAILING ADDRESS | 170 WEST END AVE #18F, NEW YORK, NY 10023 |
| 31. NAME OF FATHER/PARENT—FIRST | VINCENT |
| 33. LAST | BRENNAN |
| 34. BIRTH STATE | PA |
| 35. NAME OF MOTHER/PARENT—FIRST | MARGARET |
| 37. LAST (BIRTH NAME) | MCBRIDE |
| 38. BIRTH STATE | PA |
| 39. DISPOSITION DATE | 01/21/2010 |
| 40. PLACE OF FINAL DISPOSITION | ETERNAL HILLS MEMORIAL PARK, 1999 EL CAMINO REAL, OCEANSIDE, CA 92054 |
| 41. TYPE OF DISPOSITION(S) | BU |
| 42. SIGNATURE OF EMBALMER | JOHN SULLIVAN |
| 43. LICENSE NUMBER | EMB7656 |
| 44. NAME OF FUNERAL ESTABLISHMENT | OCEANSIDE MORTUARY |
| 45. LICENSE NUMBER | FD253 |
| 46. SIGNATURE OF LOCAL REGISTRAR | WILMA WOOTEN, MD |
| 47. DATE | 01/20/2010 |
| 101. PLACE OF DEATH | SILVERADO SENIOR LIVING |
| 103. OTHER THAN HOSPITAL | Nursing Home/LTC |
| 104. COUNTY | SAN DIEGO |
| 105. FACILITY ADDRESS | 335 SAXONY RD. |
| 106. CITY | ENCINITAS |
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | ALZHEIMERS TYPE DEMENTIA, ADVANCED — YRS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. PREGNANT IN LAST YEAR | NO |
| 114. DECEDENT ATTENDED SINCE | 11/15/2007 |
| Last seen alive | 12/28/2009 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | ABOO NASAR M.D. |
| 116. LICENSE NUMBER | C51954 |
| 117. DATE | 01/20/2010 |
| 118. ATTENDING PHYSICIAN'S ADDRESS | ABOO NASAR M.D., 530 LOMAS SANTA FE DR STE M, SOLANA BEACH, CA 92075 |



*A002071589* County of San Diego – Department of Health Services – 3851 Rosecrans Street. This is to certify that if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED January 25, 2010

WILMA J. WOOTEN, MD
REGISTRAR OF VITAL RECORDS
County of San Diego



EXHIBIT A

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

Law Offices of
ARTHUR S. BROWN
A Professional Law Corporation
5741 Palmer Way, Suite B
Carlsbad, California 92010
(760) 438-5599

DECLARATION RE DEATH OF INITIAL TRUSTEE
AND ASSUMPTION OF TRUSTEESHIP BY SUCCESSOR TRUSTEE

CHARLES V. FERRY, Trustee, hereby declares as follows:

1. GRACE B. GRIDER departed this world on January 17, 2010.

2. GRACE B. GRIDER was the Initial Trustee of the GRACE B. GRIDER SURVIVOR'S REVOCABLE TRUST, dated December 5, 1989, First Amendment dated February 24, 1998, Second Amendment dated August 13, 1998, Third Amendment dated December 27, 2001, and Fourth Amendment and Complete Restatement dated October 17, 2006 and GRACE B. GRIDER is the same GRACE B. GRIDER whose name appears on the attached copy of Certificate of Death.

3. As a result of GRACE B. GRIDER'S death and pursuant to Article V, Section B., of the GRACE B. GRIDER SURVIVOR'S REVOCABLE TRUST, CHARLES V. FERRY is hereafter the Sole Trustee of said trust.

4. Title to assets should be reregistered as follows:

CHARLES V. FERRY, Trustee of the GRACE B. GRIDER SURVIVOR'S TRUST, dated December 5, 1989, First Amendment dated February 24, 1998, Second Amendment dated August 13, 1998, Third Amendment dated December 27, 2001, and Fourth Amendment and Complete Restatement dated October 17, 2006

5. The taxpayer identification number for this trust is (will be provided by CHARLES V. FERRY upon request).

On _February 8_, 20_10_, the undersigned in San Diego County, California, declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
CHARLES V. FERRY, Trustee

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

Subscribed and sworn to (or affirmed) before me, ARTHUR S. BROWN, a Notary Public, on this _8th_ day of _February_, 20___, by CHARLES V. FERRY, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature_____ (Seal)

ARTHUR S BROWN
COMM # 1728378
NOTARY PUBLIC CALIFORNIA
COUNTY OF SAN DIEGO
MY COMM EXP MAR 3, 2011

EXHIBIT _B_

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

    On February 23, 2010, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEURAL EVALUATION CONFERENCE in this action by serving a true copy thereof addressed as follows:

MARGARET LEVY
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064-1614

HEATHER M. LITTLEJOHN
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco , CA 94111

[ x ]  (ELECTRONICALLY) I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

    (BY MAIL)

[ ]  I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[ ]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY FEDERAL EXPRESS, UPS NEXT DAY AIR, OR OVERNIGHT DELIVERY]: (BY FEDERAL EXPRESS, UPS NEXT DAY AIR, OR OVERNIGHT DELIVERY]: I deposited such envelope in a facility regularly maintained by Federal Express, UPS Next Day Air, or Overnight Delivery [choose one]to be delivered by a courier or driver of Federal Express, UPS Next Day Air, or Overnight Delivery [choose one] authorized to receive documents at Kantor & Kantor, LLP, 19839 Nordhoff Street, Northridge, CA 91324 with delivery fees fully provided for.

[ ]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

1 [ ] (BY FACSIMILE) I faxed a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

[ ] (BY E-MAIL SERVICE) I also caused the above-referenced document to be e-mailed to the above named person.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 23, 2010, at Northridge, California.

                                        /s/ Mildred Schwam
                                        Mildred Schwam