1  Glenn R. Kantor - SBN 122643
    E-mail: gkantor@kantorlaw.net
2  Corinne Chandler, SBN 111423
    E-mail: cchandler@kantorlaw.net
3  Christina J. Smith- SBN 193509
    E-mail: csmith@kantorlaw.net
4  KANTOR & KANTOR LLP
   19839 Nordhoff Street
5  Northridge, CA 91324
   Telephone:  (818) 886-2525
6  Fax:  (818) 350-6272
   Attorneys for Plaintiff, GRACE GRIDER

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  GRACE GRIDER,                    )   CASE NO:   09-CV-04155-MHP
                                     )
12                                   )   STIPULATION  AND  ~~[PROPOSED]~~
                 Plaintiff,          )   ORDER TO SUBSTITUTE CHARLES
13                                   )   FERRY AS PLAINTIFF
         VS.                         )
14                                   )
                                     )
15  PFL  LIFE  INSURANCE  COMPANY)
    AND   TRANSAMERICA    LIFE)
16  INSURANCE COMPANY,               )
                                     )
17          Defendants.              )
                                     )
18  _____ )

19

20

21

22

23

24

25

26

27

28

1

1   The parties in the above entitled action, through their respective attorneys of

2   record hereby stipulate and agree as follows:

3       1.   Plaintiff Grace Grider is no longer a party to this action by reason of her

4   death on January 17, 2010.

5       2.   Plaintiff's son and successor Trustee, Charles V. Ferry, is substituted as

6   plaintiff to this action in place of Grace Grider.  A true and correct copy of the

7   Declaration Re Death of Initial Trustee is attached hereto as Exhibit A.

8

9   DATED: February 23, 2010          KANTOR & KANTOR, LLP

10

11             By:  /s/ Corinne Chandler
          Corinne Chandler
          Attorneys for plaintiff Grace Grider

12

13

14   DATED: February 23, 2010          MANATT, PHELPS & PHILLIPS, LLP

15             By:  /s/ Margaret Levy
          Margaret Levy

16             Heather M.  Littlejohn
          Attorneys for Defendant

17             Transamerica Life Insurance Company

18

19   **ORDER**

20

21   Good cause appearing, it is hereby ordered that:

22   Charles V. Ferry, as Successor Trustee, is hereby substituted as the plaintiff

23   in this action, in place of Grace Grider.

24

25

26   Date: __2/24/2010_____

27

28

IT IS SO ORDERED

Judge Marilyn H. Patel

2

# EXHIBIT A

1  Glenn R. Kantor - SBN 122643
    E-mail: gkantor@kantorlaw.net
2  Corinne Chandler, SBN 111423
    E-mail: cchandler@kantorlaw.net
3  Christina J. Smith- SBN 193509
    E-mail: csmith@kantorlaw.net
4  KANTOR & KANTOR LLP
   19839 Nordhoff Street
5  Northridge, CA 91324
   Telephone:  (818) 886-2525
6  Fax:  (818) 350-6272
   Attorneys for Plaintiff, GRACE GRIDER
7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  GRACE GRIDER,                    )    CASE NO:  09-CV-04155-MHP
                                     )
12                                   )    DECLARATION OF CHARLES V.
             Plaintiff,              )    FERRY   IN   SUPPORT   OF
13                                   )    S T I P U L A T I O N    F O R
     VS.                             )    SUBSTITUTION OF PARTIES
14                                   )
                                     )
15  PFL  LIFE  INSURANCE  COMPANY)
    AND   TRANSAMERICA   LIFE)
16  INSURANCE COMPANY,               )
                                     )
17           Defendants.             )
                                     )
18  _____)

19        I, Charles Ferry, hereby declare as follows:

20        1. My Mother, Grace Grider was the named plaintiff in this action. Prior to my

21  Mother's death, I was granted and did act as Power of Attorney for my Mother.  Grace

22  Grider passed away on January 17, 2010 at Encinitas, California.  A true and correct

23  copy of the Death Certificate, reflecting the death of Grace Grider is attached hereto as

24  Exhibit A.

25        2.  No proceeding is now pending in California for administration of Grace

26  Grider's estate.

27        3. I am Grace Grider's successor in interest as defined under Rule 25(a)(1) of the

28  Federal Rules of Civil Procedure and succeed to Grace Grider's interest in this action.

                              EXHIBIT A
                                  1

1  I am now the Sole Trustee to the Grace B. Grider Survivor's Revocable Trust, as

2  reflected in Exhibit B hereto.

3      4. No other person has a superior right to be substituted for Grace Grider in the

4  pending action.

5

6      I declare under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct.

8      Executed this 2 day of February, 2010 at Oceanside, California.

9

10

11                                   Charles V. Ferry

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a(REV 3/08)

3201037000840

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**DECEDENT'S PERSONAL DATA**

| 1 NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3 LAST (Family) |
|---|---|---|
| GRACE | BRENNAN | GRIDER |

| AKA  ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST) | 4 DATE OF BIRTH mm/dd/ccyy | 5. AGE Yrs | IF UNDER ONE YEAR Months / Days | IF UNDER 24 HOURS Hours / Minutes | 6 SEX |
|---|---|---|---|---|---|
| | 07/04/1921 | 88 | | | F |

| 9 BIRTH STATE/FOREIGN COUNTRY | 10. SOCIAL SECURITY NUMBER | 11 EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS/SRDP* (at Time of Death) | 7 DATE OF DEATH mm/dd/ccyy | 8 HOUR (24 Hours) |
|---|---|---|---|---|---|
| PA | 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 | YES [X] NO [ ] UNK | WIDOWED | 01/17/2010 | 1335 |

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (if yes, see worksheet on back) | 16 DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) |
|---|---|---|
| HS GRADUATE | YES _____ [X] NO | CAUCASIAN |

| 17 USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) | 19 YEARS IN OCCUPATION |
|---|---|---|
| LOAD PLANNER | AIRLINE TRANSPORTATION | 25 |

**USUAL RESIDENCE**

| 20 DECEDENT'S RESIDENCE (Street and number or location) |
|---|
| 3165 BROUGHAM CT |

| 21 CITY | 22 COUNTY/PROVINCE | 23 ZIP CODE | 24 YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| OCEANSIDE | SAN DIEGO | 92056 | 40 | CA |

**INFORMANT**

| 26 INFORMANT'S NAME, RELATIONSHIP | 27 INFORMANT'S MAILING ADDRESS (Street and number or rural route number, city or town, state and zip) |
|---|---|
| CHARLES FERRY, SON | 170 WEST END AVE #18F, NEW YORK, NY 10023 |

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28 NAME OF SURVIVING SPOUSE/SRDP*—FIRST | 29 MIDDLE | 30 LAST (BIRTH NAME) |
|---|---|---|
| -- | -- | -- |

| 31 NAME OF FATHER/PARENT—FIRST | 32 MIDDLE | 33. LAST | 34 BIRTH STATE |
|---|---|---|---|
| VINCENT | -- | BRENNAN | PA |

| 35 NAME OF MOTHER/PARENT—FIRST | 36 MIDDLE | 37 LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| MARGARET | -- | MCBRIDE | PA |

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39 DISPOSITION DATE mm/dd/yy | 40 PLACE OF FINAL DISPOSITION ETERNAL HILLS MEMORIAL PARK |
|---|---|
| 01/21/2010 | 1999 EL CAMINO REAL, OCEANSIDE, CA 92054 |

| 41 TYPE OF DISPOSITION(S) | 42 SIGNATURE OF EMBALMER | 43 LICENSE NUMBER |
|---|---|---|
| BU | ▶ JOHN SULLIVAN | EMB7656 |

| 44 NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46 SIGNATURE OF LOCAL REGISTRAR | 47 DATE mm/dd/ccyy |
|---|---|---|---|
| OCEANSIDE MORTUARY | FD253 | ▶ WILMA WOOTEN, MD | 01/20/2010 |

**PLACE OF DEATH**

| 101 PLACE OF DEATH | 102 IF HOSPITAL, SPECIFY ONE | 103 IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| SILVERADO SENIOR LIVING | IP [ ]  ER/OP [ ]  DOA [ ] | Hospice [ ]  Nursing Home/LTC [X]  Decedent's Home [ ]  Other [ ] |

| 104 COUNTY | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number or location) | 106 CITY |
|---|---|---|
| SAN DIEGO | 335 SAXONY RD. | ENCINITAS |

**CAUSE OF DEATH**

| 107 CAUSE OF DEATH | Enter the chain of events — diseases, injuries, or complications — that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108 DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) (A) ALZHEIMERS TYPE DEMENTIA, ADVANCED | | (A) YRS | YES [ ] NO [X] |
| (B) | | (B) | FEDERAL NUMBER |
| Sequentially list conditions, if any leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (C) | | (C) | 109 BIOPSY PERFORMED? YES [ ] NO [X] |
| (D) | | (D) | 110 AUTOPSY PERFORMED? YES [ ] NO [X] |
| | | | 111 USED IN DETERMINING CAUSE? YES [ ] NO [ ] |

| 112 OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| NONE |

| 113 WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (if yes, list type of operation and date.) | 113A IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | YES [ ] NO [X] UNK [ ] |

**PHYSICIAN'S CERTIFICATION**

| 114 I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 115 SIGNATURE AND TITLE OF CERTIFIER | 116 LICENSE NUMBER | 117 DATE mm/dd/ccyy |
|---|---|---|---|
| Decedent Attended Since / Decedent Last Seen Alive | ▶ ABOO NASAR M.D. | C51954 | 01/20/2010 |

| (A) mm/dd/ccyy | (B) mm/dd/ccyy | 118 TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE ABOO NASAR M.D. |
|---|---|---|
| 11/15/2007 | 12/28/2009 | 530 LOMAS SANTA FE DR STE M, SOLANA BEACH, CA 92075 |

**CORONER'S USE ONLY**

| 119 I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED | 120 INJURED AT WORK? | 121 INJURY DATE mm/dd/ccyy | 122 HOUR (24 Hours) |
|---|---|---|---|
| MANNER OF DEATH: Natural [ ] Accident [ ] Homicide [ ] Suicide [ ] Pending Investigation [ ] Could not be determined [ ] | YES [ ] NO [ ] UNK [ ] | | |

| 123 PLACE OF INJURY (e.g. home, construction site, wooded area, etc.) |
|---|
| |

| 124 DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|
| |

| 125 LOCATION OF INJURY (Street and number or location and city and zip) |
|---|
| |

| 126 SIGNATURE OF CORONER / DEPUTY CORONER | 127 DATE mm/dd/ccyy | 128 TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|
| ▶ | | |

| STATE REGISTRAR | A | B | C | D | E | | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | *010001001407506* | | |



*A 0 0 2 0 7 1 5 8 9 *

County of San Diego – Department of Health Services – 3851 Rosecrans Street  This is to certify that if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid



DATE ISSUED  January 25, 2010

WILMA J. WOOTEN, MD
REGISTRAR OF VITAL RECORDS
County of San Diego

**EXHIBIT _A_**

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Law Offices of
ARTHUR S. BROWN
A Professional Law Corporation
5741 Palmer Way, Suite B
Carlsbad, California 92010
(760) 438-5599

## DECLARATION RE DEATH OF INITIAL TRUSTEE
## AND ASSUMPTION OF TRUSTEESHIP BY SUCCESSOR TRUSTEE

CHARLES V. FERRY, Trustee, hereby declares as follows:

1.    GRACE B. GRIDER departed this world on January 17, 2010.

2.    GRACE B. GRIDER was the initial Trustee of the GRACE B. GRIDER SURVIVOR'S REVOCABLE TRUST, dated December 5, 1989, First Amendment dated February 24, 1998, Second Amendment dated August 13, 1998, Third Amendment dated December 27, 2001, and Fourth Amendment and Complete Restatement dated October 17, 2006 and GRACE B. GRIDER is the same GRACE B. GRIDER whose name appears on the attached copy of Certificate of Death.

3.    As a result of GRACE B. GRIDER'S death and pursuant to Article V, Section B., of the GRACE B. GRIDER SURVIVOR'S REVOCABLE TRUST, CHARLES V. FERRY is hereafter the Sole Trustee of said trust.

4.    Title to assets should be reregistered as follows:

   CHARLES V. FERRY, Trustee of the GRACE B. GRIDER SURVIVOR'S TRUST, dated December 5, 1989, First Amendment dated February 24, 1998, Second Amendment dated August 13, 1998, Third Amendment dated December 27, 2001, and Fourth Amendment and Complete Restatement dated October 17, 2006

5.    The taxpayer identification number for this trust is (will be provided by CHARLES V. FERRY upon request).

On _Febuary 8_, 20_10_, the undersigned in San Diego County, California, declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
CHARLES V. FERRY, Trustee

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

Subscribed and sworn to (or affirmed) before me, ARTHUR S. BROWN, a Notary Public, on this _8th_ day of _Febuary_, 20__, by CHARLES V. FERRY, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

ARTHUR S BROWN
COMM # 1728378
NOTARY PUBLIC CALIFORNIA
CUNTY OF SAN DIEGO
MY COMM EXP MAR 3' 2011

EXHIBIT _B_

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                                 ) ss.
COUNTY OF LOS ANGELES    )

       I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

       On February 23, 2010, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEURAL EVALUATION CONFERENCE in this action by serving a true copy thereof addressed as follows:

MARGARET LEVY
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064-1614

HEATHER M. LITTLEJOHN
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco , CA 94111

[ x ]   (ELECTRONICALLY) I caused it to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

       (BY MAIL)

[  ]   I deposited such envelope in the mail at Northridge, California.  The envelope was mailed with postage thereon fully prepaid.

[  ]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]   (BY FEDERAL EXPRESS, UPS NEXT DAY AIR, OR OVERNIGHT DELIVERY]: (BY FEDERAL EXPRESS, UPS NEXT DAY AIR, OR OVERNIGHT DELIVERY]: I deposited such envelope in a facility regularly maintained by Federal Express, UPS Next Day Air, or Overnight Delivery [choose one]to be delivered by a courier or driver of Federal Express, UPS Next Day Air, or Overnight Delivery [choose one]  authorized to receive documents at Kantor & Kantor, LLP, 19839 Nordhoff Street, Northridge, CA 91324 with delivery fees fully provided for.

[  ]   (BY PERSONAL SERVICE)  I caused such envelope to be delivered by hand to the offices of the addressee.

1    [  ]    (BY FACSIMILE) I faxed a copy of said document(s) to the following addressee(s) at
              the following number(s) in accordance with the written confirmation of counsel in this
2             action.

3    [  ]    (BY E-MAIL SERVICE)  I also caused the above-referenced document to be e-mailed
              to the above named person.
4

5    [  ]    (STATE) I declare under penalty of perjury under the laws of the State of California that
              the above is true and correct.
6
     [ x ]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this
7             court at whose direction the service was made.

8             Executed on February 23, 2010, at Northridge, California.

9

10                                              /s/ Mildred Schwam
                                               Mildred Schwam
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28