MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. CA 066585)
E-mail: mlevy@manatt.com
HEATHER M. LITTLEJOHN (Bar No. CA 257852)
E-mail: HLittlejohn@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

KANTOR & KANTOR LLP
GLENN R. KANTOR (Bar No. 122643)
E-mail: gkantor@kantorlaw.net
CORINNE CHANDLER, (Bar No. 111423)
E-mail: cchandler@kantorlaw.net
CHRISTINA J. SMITH (Bar No. 193509)
E-mail: csmith@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
GRACE GRIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PPL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | No. CV 09-4155 MHP<br><br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)] |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Charles V. Ferry and Defendant Transamerica Life Insurance Company, by and through their

respective attorneys of record, that the entire above-entitled action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: March 23, 2010      KANTOR & KANTOR, LLP


By: /s/ Corinne Chandler
    CORINNE CHANDLER
    *Attorneys for Plaintiff*
    CHARLES V. FERRY


Dated: March 25, 2010      MANATT, PHELPS & PHILLIPS, LLP
                           MARGARET LEVY
                           HEATHER M. LITTLEJOHN
                           By: /s/ Margaret Levy
                               MARGARET LEVY
                               *Attorneys for Defendant*
                               TRANSAMERICA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PPL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. CV 09-4155 MHP<br><br>Hon. Marilyn H. Patel<br><br>ORDER FOR DISMISSAL |

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 3/26 , 2010

_____
HON. MARILYN H. PATEL
United States Judge Marilyn H. Patel

*IT IS SO ORDERED* (signed, Judge Marilyn H. Patel, United States District Court, Northern District of California)

300070965.1