MANATT, PHELPS & PHILLIPS, LLP
MARGARET LEVY (Bar No. CA 066585)
E-mail: mlevy@manatt.com
HEATHER M. LITTLEJOHN (Bar No. CA 257852)
E-mail: HLittlejohn@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant
TRANSAMERICA LIFE INSURANCE COMPANY

KANTOR & KANTOR LLP
GLENN R. KANTOR (Bar No. 122643)
E-mail: gkantor@kantorlaw.net
CORINNE CHANDLER, (Bar No. 111423)
E-mail: cchandler@kantorlaw.net
CHRISTINA J. SMITH (Bar No. 193509)
E-mail: csmith@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Fax: (818) 350-6272

Attorneys for Plaintiff,
GRACE GRIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE GRIDER,<br><br>Plaintiff,<br><br>vs.<br><br>PPL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendants. | No. CV 09-4155 MHP<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)] |

IT IS HEREBY STIPULATED by and between Plaintiff Charles V. Ferry and Defendant Transamerica Life Insurance Company, by and through their

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300070946.1

STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE
CASE NO. CV 09-4155 MHP

1  respective attorneys of record, that the entire above-entitled action be dismissed
2  with prejudice, with each party to bear its own attorneys' fees and costs.

4          IT IS SO STIPULATED.

6  Dated: March 23, 2010    KANTOR & KANTOR, LLP

9  By: *Corinne Chandler*
   CORINNE CHANDLER
10 *Attorneys for Plaintiff*
   CHARLES V. FERRY

13 Dated: March 25, 2010    MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY
14 HEATHER M. LITTLEJOHN
15 By: *Margaret Levy*
   MARGARET LEVY
16 *Attorneys for Defendant*
17 TRANSAMERICA LIFE INSURANCE COMPANY

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

300070946.1

2

STIPULATION FOR DISMISSAL OF ENTIRE
ACTION WITH PREJUDICE
CASE NO. CV 09-4155 MHP

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  GRACE GRIDER, | Case No. CV 09-4155 MHP |
| 12         Plaintiff, | |
| 13    vs. | Hon. Marilyn H. Patel |
| 14  PPL LIFE INSURANCE COMPANY AND TRANSAMERICA LIFE INSURANCE COMPANY, | ORDER FOR DISMISSAL |
| 15 | |
| 16         Defendants. | |

17

18    Pursuant to a stipulation of the parties and good cause appearing, it is hereby
19 ordered that the above captioned matter is dismissed with prejudice in its entirety,
20 with each party to bear its own attorneys' fees and costs.

21
22    IT IS SO ORDERED.

23
24 DATED: __3/26__, 2010        _____
25                              HON. MARILYN H. PATEL
                                 United States Judge Marilyn H. Patel
26
27 300070965.1
28